

**Doonan, Graves & Longoria** LLC

ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

978.921.2670 | WWW.DGANDL.COM
HRS: MON-FRI 9 AM-4 PM

September 21, 2022

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Edward A. Coombs
2185 Sanford Road
Wells, ME 04090

**Certified Article Number**

9414 7266 9904 2200 4606 34

**SENDER'S RECORD**

Mildred N. Coombs
2185 Sanford Road
Wells, ME 04090

**Certified Article Number**

9414 7266 9904 2200 4606 41

**SENDER'S RECORD**

**NOTICE OF MORTGAGOR'S RIGHT TO CURE**
**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED**
**WILL BE USED FOR THAT PURPOSE.**

Re:  Property Address:  2185 Sanford Road, Wells, ME 04090
     Loan Number:
     Payment Due Date:  March 1, 2017

Dear Mortgagor:

    This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee. Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Select Portfolio Servicing, Inc., the Mortgagee, U.S. Bank National Association, as Trustee, Successor in interest to Bank of America, National Association as Successor by Merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2006-HE8 and the Owner/Investor, U.S. Bank National Association, as Trustee, Successor in interest to Bank of America, National Association as Successor by Merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2006-HE8 pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

    Your loan is in default for failure to make payments of principal and interest when due. This delinquency represents a breach of your Note and Mortgage in favor of Mortgage Electronic Registration Systems, Inc. as nominee for Bear Stearns Residential Mortgage Corp. its successors

**EXHIBIT**

**J**

and assigns (if MERs) dated July 20, 2006 and recorded in the York County Registry of Deeds in Book 14928, Page 727. This firm is relying on information provided by the Servicer. **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| | |
|---|---|
| Amount of Past Due Payments | $66,848.59 |
| Unapplied Balance | -$147.00 |
| **TOTAL TO CURE DEFAULT:** | $66,701.59 |

A portion of the amount due is reasonable interest in the amount of $40,824.09.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $66,701.59 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to: **Select Portfolio Servicing, Inc., Payment Processing, 3217 S. Decker Lake Drive, Salt Lake City, UT 84119. Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan. Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale. To reach a person with authority to modify a mortgage loan, please contact Select Portfolio Servicing, Inc. at (888) 818-6032 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required. You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure. You may discuss available options with the mortgagee, which is U.S. Bank National Association, as Trustee, Successor in interest to Bank of America, National Association as Successor by Merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2006-HE8, the mortgage servicer, which is Select Portfolio Servicing, Inc. or a counselor approved by the United States Department of Housing and Urban Development. You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, U.S. Bank National Association, as Trustee, Successor in interest to Bank of America, National Association as Successor by Merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2006-HE8 is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full. You may also review this list by visiting the following website:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Select Portfolio Servicing, Inc. at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032

## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period. If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Select Portfolio Servicing, Inc.
U.S. Bank National Association, as Trustee,
Successor in interest to Bank of America,
National Association as Successor by Merger
to LaSalle Bank National Association, as

Trustee for Certificateholders of Bear Stearns
Asset Backed Securities I LLC, Asset-Backed
Certificates, Series 2006-HE8

by its attorney

Reneau J. Longoria, Esq.

MNK
cc:  Client
      Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

52483

This listing is current as of **09/05/2022.**

## Agencies located in MAINE

**Agency Name:** PENQUIS COMMUNITY ACTION PROGRAM
**Phone:** 207-973-3500
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 262 Harlow St
Bangor, Maine 04401-4952
**Counseling Services:** - Financial, Budgeting, and Credit Workshops
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.penquis.org
**Agency ID:** 81649

**Agency Name:** COASTAL ENTERPRISES, INCORPORATED
**Phone:** 207-504-5900
**Toll Free:** 877-340-2649
**Fax:**
**Email:** jason.thomas@ceimaine.org
**Address:** 30 Federal Street
Suite 100
BRUNSWICK, Maine 04011-1510
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Reverse Mortgage Counseling
- Services for Homeless Counseling
**Languages:** - English
- Spanish
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.ceimaine.org
**Agency ID:** 80985

**Agency Name:** FOUR DIRECTIONS DEVELOPMENT CORPORATION
**Phone:** 207-866-6545
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 20 Godfrey Dr
Orono, Maine 04473-3610
**Counseling Services:** - Financial Management/Budget Counseling
- Financial, Budgeting, and Credit Workshops
- Home Improvement and Rehabilitation Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** OWEESTA CORPORATION
**Website:** http://www.fourdirectionsmaine.org
**Agency ID:** 83879

**Agency Name:** AVESTA HOUSING DEVELOPMENT CORPORATION
**Phone:** 207-553-7780-3347
**Toll Free:** 800-339-6516
**Fax:** 207-553-7778
**Email:** ndigeronimo@avestahousing.org
**Address:** 307 Cumberland Avenue
PORTLAND, Maine 04101-4920
**Counseling Services:** - Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
- Rental Housing Workshops
**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** www.avestahousing.org
**Agency ID:** 81144

**Agency Name:** AROOSTOOK COUNTY ACTION PROGRAM, INC.
**Phone:** 207-764-3721
**Toll Free:**
**Fax:**

|  |  |
|--|--|
| Email: | N/A |
| Address: | 771 Main St<br>Presque Isle, Maine 04769-2201 |
| Counseling Services: | - Mortgage Delinquency and Default Resolution Counseling<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops |
| Languages: | - English |
| Affiliation: | MAINE STATE HOUSING AUTHORITY |
| Website: | http://www.acap-me.org |
| Agency ID: | 83641 |

|  |  |
|--|--|
| Agency Name: | YORK COUNTY COMMUNITY ACTION AGENCY |
| Phone: | 207-324-5762 |
| Toll Free: | |
| Fax: | 207-490-5026 |
| Email: | meaghan.arzberger@yccac.org |
| Address: | 6 Spruce Street<br>SANFORD, Maine 04073-2917 |
| Counseling Services: | - Fair Housing Pre-Purchase Education Workshops<br>- Financial Management/Budget Counseling<br>- Home Improvement and Rehabilitation Counseling<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Non-Delinquency Post Purchase Workshops<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops<br>- Predatory Lending Education Workshops<br>- Rental Housing Counseling<br>- Services for Homeless Counseling |
| Languages: | - English |
| Affiliation: | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| Website: | http://www.yccac.org |
| Agency ID: | 81150 |

|  |  |
|--|--|
| Agency Name: | COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE |
| Phone: | 207-333-6419 |
| Toll Free: | 800-866-5588 |
| Fax: | 207-795-4069 |
| Email: | homequest@community-concepts.org |
| Address: | 17 Market Sq<br>South Paris, Maine 04281-1533 |
| Counseling Services: | - Fair Housing Pre-Purchase Education Workshops<br>- Financial Management/Budget Counseling<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops<br>- Rental Housing Counseling |
| Languages: | - English |
| Affiliation: | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| Website: | https://www.ccimaine.org/ |
| Agency ID: | 81580 |

|  |  |
|--|--|
| Agency Name: | KENNEBEC VALLEY COMMUNITY ACTION PROGRAM |
| Phone: | 207-859-1500 |
| Toll Free: | 800-542-8227 |
| Fax: | |
| Email: | housing@kvcap.org |
| Address: | 101 Water St<br>Waterville, Maine 04901-6339 |
| Counseling Services: | - Financial Management/Budget Counseling<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops |
| Languages: | - English |
| Affiliation: | NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA |
| Website: | http://www.kvcap.org |
| Agency ID: | 81685 |

**Matthew Kelly**

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Wednesday, September 21, 2022 3:04 PM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:U.S. Bank National Association, as Trustee, Successor in interest to Bank of America, National Association as Successor by Merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2006-HE8 What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc.

Loss Mitigation Department/Loan Resolution

3217 S. Decker Lake Drive

Salt Lake City, UT 84119

(888) 818-6032

-----

Consumer Information

-----

Consumer First name:Edward

Consumer Middle Initial/Middle Name: A.

Consumer Last name:Coombs

Consumer Suffix:

Property Address line 1:2185 Sanford Road Property Address line 2:

Property Address line 3:

Property Address City/Town:Wells

Property Address State:

Property Address zip code:04090

Property Address County:York

-----

Notification Details

-----

Date notice was mailed:9/21/2022

Amount needed to cure the default:66701.59 Consumer Address line 1:2185 Sanford Road Consumer Address line 2:

Consumer Address line 3:

Consumer Address City/Town:Wells

Consumer Address State:ME

Consumer Address zip code:04090

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

**Matthew Kelly**

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Wednesday, September 21, 2022 3:06 PM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----
Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:U.S. Bank National Association, as Trustee, Successor in interest to Bank of America, National Association as Successor by Merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2006-HE8 What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032


-----
Consumer Information
-----

Consumer First name:Mildred
Consumer Middle Initial/Middle Name: N.
Consumer Last name:Coombs
Consumer Suffix:
Property Address line 1:2185 Sanford Road Property Address line 2:
Property Address line 3:
Property Address City/Town:Wells
Property Address State:
Property Address zip code:04090
Property Address County:York


-----
Notification Details
-----

Date notice was mailed:9/21/2022
Amount needed to cure the default:66701.59 Consumer Address line 1:2185 Sanford Road Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Wells
Consumer Address State:ME
Consumer Address zip code:04090

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

USPS® ARTICLE NUMBER

9414 7266 9904 2200 4606 34

| | | |
|---|---|---|
| Certified Mail Fee | $ 8.06 | |
| Return Receipt (Hardcopy) | $ | |
| Return Receipt (Electronic) | $ | Postmark Here |
| Certified Mail Restricted Delivery | $ | |
| Postage | $ .57 | |
| Total Postage and Fees | $8.63 | |

Sent to:

Edward A. Coombs
2185 Sanford Road
Wells, ME 04090

Reference Information

MNK/MNK
Mildred N. Coombs, Edward A. Coombs
52483

PS Form 3800, Facsimile, July 2015

---

**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

USPS® ARTICLE NUMBER

9414 7266 9904 2200 4606 41

| | | |
|---|---|---|
| Certified Mail Fee | $ 8.06 | |
| Return Receipt (Hardcopy) | $ | |
| Return Receipt (Electronic) | $ | Postmark Here |
| Certified Mail Restricted Delivery | $ | |
| Postage | $ .57 | |
| Total Postage and Fees | $8.63 | |

Sent to:

Mildred N. Coombs
2185 Sanford Road
Wells, ME 04090

Reference Information

MNK/MNK
Mildred N. Coombs, Edward A. Coombs
52483

PS Form 3800, Facsimile, July 2015

**UNITED STATES POSTAL SERVICE®**                **Certificate Of Mailing**

To pay fee, affix stamps or meter postage here

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing
This form may be used for domestic and international mail

From: Doonan Graves + Longoria
100 Cummings Center Suite 30C
Beverly MA 01915

To:
Mildred N. Coombs
2185 Sanford Road
Wells, ME 04090

USPS
CUMMINGS STATION
SEP 2022
BEVERLY MA 01915
Here

PS


**UNITED STATES POSTAL SERVICE®**                **Certificate Of Mailing**

To pay fee, affix stamps or meter postage here

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing
This form may be used for domestic and international mail

From: Doonan Graves + Longoria
100 Cummings Center Suite 303C
Beverly, MA 01915

To:
Edward A. Coombs
2185 Sanford Road
Wells, ME 04090

USPS
CUMMINGS STATION
SEP 2022
BEVERLY MA 01915

PS







**Doonan, Graves & Lon**
ATTORNEYS AT LAW | EXCELLEN
100 CUMMINGS CENTER, SUIT
BEVERLY, MASSACHUSETTS 0

Mildred N. Coombs
2185 Sanford Road
Wells, ME 04090

CERTIFIED MAIL

FIRST-CLASS



US POSTAGE™ PITNEY BOWES

ZIP 01915
02 7H
0001338074

$ 008.06⁰

SEP 21 2022

9414 7266 9904 2200 4606 34

~ 9333120511262885

**Doonan, Graves & Lon**
ATTORNEYS AT LAW | EXCELLENC
100 CUMMINGS CENTER, SUITE
BEVERLY, MASSACHUSETTS 01

Edward A. Coombs
2185 Sanford Road
Wells, ME 04090

CERTIFIED MAIL



040SC8E44o5 R6B35

9414 7266 9904 2200 4606 34

BC: 0191561159

NIXIE        015   CE 1        7210/13/22
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

*1221-03172-22-00

FIRST-CLASS



US POSTAGE™ PITNEY BOWES

ZIP 01915
02 7H
0001338074

$ 008.06⁰

SEP 21 2022

BC: 0191561159

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

*1221-03172-22-00        0010/13/22



01915>6115
040SC8E44o R003

UMC